1  ERIC GRANT
   United States Attorney
2  ROBERT L. VENEMAN-HUGHES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
**Aug 26, 2025**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-92 |
| 12                    Plaintiff, | UNITED STATES' MOTION AND PROPOSED ORDER TO UNSEAL REDACTED COMPLAINT |
| 13           v. | |
| 14  ROBERT SALAZAR | |
| 15                    Defendant. | |

16

17      The United States hereby moves this Court to unseal a redacted copy of Complaint and Arrest

18  Warrants for the above-captioned case, as the defendant has been arrested. Therefore, the Complaint

19  must be unsealed in order to advise the defendant in open court of the charges against him. The

20  government has attached a redacted copy of the complaint to this motion.

21      The government seeks to keep a portion of the complaint redacted because it contains

22  information that may endanger the life or wellbeing of a person if it is released to the public. That

23  information will be provided to defense under protective order in accordance with the Federal Rules of

24  Criminal Procedure and the Local Rules.

25      //

26      //

27      //

28

1 | DATED: August 26, 2025        Respectfully submitted,

                                 ERIC GRANT
                                 United States Attorney

                                 /s/ *Robert L. Veneman-Hughes*
                                 ROBERT L. VENEMAN-HUGHES
                                 Assistant United States Attorney

[~~PROPOSED~~] ORDER

The need for sealing having passed, the redacted complaint is ordered UNSEALED.

DATED: __8/26/25__                ____*B. McAuliffe*_____
                                           BARBARA A. McAULIFFE
                                           U.S. Magistrate Judge