1  ERIC GRANT
   United States Attorney
2  ROBERT L. VENEMAN-HUGHES
   BRITTANY M. GUNTER
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099
   Attorneys for Plaintiff
6  United States of America

7              IN THE UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,           CASE NO. 1:25-MJ-00092-BAM
                                                 1:25-MJ-00095-BAM
10            Plaintiff,
                                       STIPULATION AND ORDER TO CONTINUE
11       v.                            PRELIMINARY HEARING

12 ROBERT SALAZAR

13            Defendants.

14

15       IT IS HEREBY STIPULATED by and between the parties that the preliminary hearing set for

16 September 11, 2025, be reset for October 9, 2025. The parties request that the status of counsel hearing

17 scheduled for September 11, 2025 remain on calendar as scheduled.

18                               **STIPULATION**

19       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20 through defendant's counsel of record, hereby stipulate as follows:

21       1.      Defendant has been released pre-trial on the above cases and is seeking to consult with

22 counsel prior to preliminary hearing or indictment.

23       2.      By previous order, these matters were set for preliminary hearing and status of counsel on

24 September 11, 2025.

25       3.      By this stipulation, defendant now moves to continue the preliminary hearing and status of

26 counsel hearing until **October 9, 2025, at 2:00 p.m.** and to exclude time between September 11, 2025, and

27 October 9, 2025. The parties request the status of counsel hearing remain on calendar as scheduled.

28       4.      The parties agree and stipulate, and request that the Court find the following:

Stipulation & Order                          1

  a)  Defendant is seeking to retain private counsel.

  b)  In the event that defendant does not retain private counsel, appointed counsel for defendant desires additional time to consult with their client, conduct further investigation, and discuss charges with the government.  The parties anticipate that if defendant does retain private counsel, he will need the additional time to consult with that counsel.

  c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d)  The government does not object to the continuance.

  e)  Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause".  Here, the defendant consents and there is good cause as set forth herein.

  f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

  g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of September 11, 2025 to October 9, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

Dated: September 2, 2025                    Respectfully submitted,

                                                                   ERIC GRANT
                                                                   United States Attorney

                                          By    /s/ Robert L. Veneman-Hughes
                                                         ROBERT L. VENEMAN-HUGHES
                                                         Assistant United States Attorney

Dated: September 2, 2025                    /s/ Kara Ottervanger
                                                                   KARA OTTERVANGER
                                                                   Attorney for Defendant Robert SALAZAR

**ORDER**

IT IS HEREBY ORDERED that the preliminary hearing scheduled for September 11, 2025 at 2:00 p.m. is continued to October 9, 2025 at 2:00 p.m. IT IS FURTHER ORDERED that the time between September 11, 2025 and October 9, 2025 is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment and trial.

The status of counsel hearing will remain as set on September 11, 2025.

IT IS SO ORDERED.

Dated:    **September 2, 2025**

                                                 STANLEY A. BOONE
                                                 United States Magistrate Judge